CORA L. MITCHELL, as Administratrix of the Estate of JAMES C. MITCHELL, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 35082.)—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.